## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on September 10, 2023, at approximately 16:06 hours, while exercising my duties as a law enforcement officer in the Eastern District of North Carolina, within the boundary of Cape Lookout National Seashore the following actions occurred. At approximately 16:50, I conducted a foot patrol into the Cape Lookout Lighthouse pedestrian beach. Prior to foot patrol I received notification from another National Park Service employee that a visitor reported a vehicle camping in the pedestrian beach, which is not authorized for vehicle travel and is block on both side by ropes and post on both side. As I exited my vehicle and travel on foot to the beach I observed two male individuals near the water line with two fishing poles, and a tackle box. I contacted the two individuals and announced myself as "Ranger Dial- National Park Service". One individual asked who I was, I then again stated "Ranger Dial- National Park Service". At that time I observed a male individual holding two fishing rods with both rods fully connected. I requested to inspect their fishing license and tackle. One suspect stated they weren't fishing and they don't have their license on them but it's in the car. When I asked the second suspect, he stated it was in their car. Both suspects stated they purchase a North Carolina Fishing License before coming out to Cape Lookout but it was in their car. When I asked one suspect if throw their lines in the water, he stated No, he just checked his rod. Upon inspection I observed the lure on one of the fishing poles was still wet. At that time I requested the drivers license of one Suspect, later identified as FATTAH KHADEMI. Additionally, I inspected their bait and the individuals had bait and a small fishing in which I believe was freshly caught. FATTAH KHADEMI stated it was caught from the inlet. Due to my observation, I requested their information. When I asked the one suspect for their information he identified himself as ⬛⬛⬛⬛⬛⬛

The second suspect asked me why I need their social security number and I told him that the information would go on a federal violation notice. I told the individual I would take down his information and issue him a ticket for fishing if he did not have a license. The second individual identified himself as ⬛⬛⬛⬛⬛⬛ . After receiving this information, I told the individuals they were free to go and I would issue them a ticket if they did not have a valid fishing license. After returning to my vehicle, I ran their information through Carteret County Communications office. The dispatcher notified me that neither name was a valid name in their data base within all (50) states. At that time, I contacted Ranger Kraus and requested that he contact the individuals to ensure they had a fishing license and check to ensure they had a valid identification card. Once Ranger Kraus made contact with the suspects on Harkers Island, utilizing the Virginia drivers license Ranger Kraus identified the first suspect, ⬛⬛⬛⬛⬛⬛ as FATTAH KHADEMI. Ranger Kraus identified the second suspect, ⬛ as MICHAEL BOULS. Soon thereafter I approached on scene at Harkers Island where I recontact the individuals. The individuals stated they gave me the false information of someone else who had a valid fishing license. At that time, I seized their fishing equipment as evidence. Ranger Kraus and I then arrested both individuals for 36 CFR 2.32 (a)(3)- knowingly giving a false or fictious report or other information. FATTAH KHADEMI and MICHAEL BOULS were also charged with 36 CFR 2.3 (a)- Fishing without a valid coastal recreational fishing license.

Violation Notice (E1918976, E1918977, E1918978, E1918979)
EC60
Carteret County

The foregoing statement is based upon:
☒ my personal observation  ☒ my personal investigation
☒ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 04/10/2023     [signature]
              Date (mm/dd/yyyy)        Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
              Date (mm/dd/yyyy)        U.S. Magistrate Judge

# United States District Court
## Violation Notice

(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| EC60 | E 1918979 | M. DIAL | 651 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☐ USC ☐ State Code |
|---|---|
| 09/10/2023 - 1606 | 36 CFR 2.3(a) - NCGS 113-174.1(a) |

Place of Offense: Cape Lookout National Seashore

Offense Description: Factual Basis for Charge: South Core banks MAYI

Fishing without a valid coastal recreational fishing license

HAZMAT ☐

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| BOWLES | MICHAEL | M |

Phone ( ) -

| Street Address | | | |
|---|---|---|---|
| City | State VA | Zip Code | |

| Drivers License No. | CDL ☐ | D.L. State VA | Social Security No. | ___/___/1988 |
|---|---|---|---|---|

| ☑ Adult ☐ Juvenile | Sex ☑ Male ☐ Female | Hair BLK | Eyes BRO | Height 5'11" | Weight 130 |
|---|---|---|---|---|---|

### VEHICLE   VIN: -

| Tag No. | State VA | Year - | Make/Model NISSAN | PASS ☐ | Color WHT | CMV ☐ |
|---|---|---|---|---|---|---|

### A ☑ APPEARANCE IS REQUIRED
If Box A is checked, you must appear in court. See instructions.

### B ☐ APPEARANCE IS OPTIONAL
If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____ Forfeiture Amount
+ $30 Processing Fee

PAY THIS AMOUNT AT
www.cvb.uscourts.gov → $ _____ Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date | Time |
|---|---|---|

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature

Original - CVB Copy

*F1918979*

# United States District Court
## Violation Notice

(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| EC60 | E1918978 | M. DIAL | 651 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☐ USC ☐ State Code |
|---|---|
| 9/10/2023 - 1606 | 36 CFR 2.32 (a)(3) |

| Place of Offense |
|---|
| Cape Lookout National Seashore |

Offense Description: Factual Basis for Charge

South Core Banks MM 41

knowingly giving a false or fictious report
or other information

HAZMAT ☐

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| BOWLES | MICHAEL | A |

Phone: ( ) -

| Street Address | | |
|---|---|---|
| City | State | Zip Code |
| | VA | |

| Drivers License No. | CDL ☐ | D.L. State | Social Security No. | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|---|
| | | VA | | 1988 |

| ☒ Adult ☐ Juvenile | Sex ☒ Male ☐ Female | Hair | Eyes | Height | Weight |
|---|---|---|---|---|---|
| | | BLK | BLU | 5'11 | 130 |

### VEHICLE   VIN:

| Tag No. | State | Year | Make/Model | PASS ☐ | Color | CMV ☐ |
|---|---|---|---|---|---|---|
| | VA | | NISSAN | | WHITE | |

**A** ☒ If Box A is checked, you must appear in court. See Instructions.

**APPEARANCE IS REQUIRED**

**B** ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

**APPEARANCE IS OPTIONAL**

$ _____ Forfeiture Amount
+ $30 Processing Fee

PAY THIS AMOUNT AT
www.cvb.uscourts.gov → $ _____ Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date | Time |
|---|---|---|

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature

Original - CVB Copy

*E1918978*

# United States District Court
## Violation Notice

(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| EC60 | E 1918977 | M. DIAZ | 651 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☐ USC ☐ State Code |
|---|---|
| 04/16/2023 - 1606 | 36 CFR 2.3(d)-NCBS 1173-174.iw |

| Place of Offense |
|---|
| Cape Lookout National Seashore |
| South Core Banks MOH1 |

Offense Description: Factual Basis for Charge — HAZMAT ☐

Fishing without a valid Coastal Recreational fishing license

### DEFENDANT INFORMATION  Phone: ( ) -

| Last Name | First Name | M.I. |
|---|---|---|
| KHADEMI | FATTAH | |

| Street Address | | | | |
|---|---|---|---|---|
| City | State | Zip Code | | |

| DL ☐ | D.L. State | Social Security No. | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| | VA | | 11/87 |

| ☑ Adult ☐ Juvenile | Sex ☑ Male ☐ Female | Hair Blk | Eyes Blo | Height 6'2 | Weight 250 |

### VEHICLE  VIN: ___  CMV ☐

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| | VA | | Nissan | | White |

### APPEARANCE IS REQUIRED  APPEARANCE IS OPTIONAL

A ☑ If Box A is checked, you must appear in court. See instructions.

B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ ___ Forfeiture Amount
+ $30 Processing Fee

PAY THIS AMOUNT AT
www.cvb.uscourts.gov → $ ___ Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date | Time |
|---|---|---|

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature

Original - CVB Copy

*E1918977*

# United States District Court
## Violation Notice

(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| EL66 | E1918976 | M. DIAL | 651 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☐ USC ☐ State Code |
|---|---|
| 09/10/2023 - 1606 | 36 CFR 2.32(a)(3) |

| Place of Offense |
|---|
| Cape Lookout National Seashore South Core Banks MH41 |

Offense Description: Factual Basis for Charge  HAZMAT ☐

Knowingly giving a false or fictious report or other information

### DEFENDANT INFORMATION   Phone: ( )

| Last Name | First Name | M.I. |
|---|---|---|
| KHADEMI | FARYAR | |

Street Address

| City | State | Zip Code |
|---|---|---|

| Driver's License No. | CDL ☐ | D.L. State | Social Security No. | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|---|
| | | VA | | 1987 |

| ☑ Adult ☐ Juvenile | Sex ☑ Male ☐ Female | Hair Blk | Eyes Blo | Height 6'2 | Weight 250 |
|---|---|---|---|---|---|

### VEHICLE   VIN:

| Tag No. | State | Year | Make/Model | PASS ☐ | Color | CMV ☐ |
|---|---|---|---|---|---|---|
| VCE 0814 | VA | | Nissan | | White | |

**A** ☑ If Box A is checked, you must appear in court. See instructions.

**B** ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

APPEARANCE IS REQUIRED | APPEARANCE IS OPTIONAL

$ _____ Forfeiture Amount
+ $30 Processing Fee
$ _____ Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date | Time |
|---|---|---|

PAY THIS AMOUNT AT → $
www.cvb.uscourts.gov

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature

Original - CVB Copy

*E1918976*